**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BRANDON KING**                                                                 **PLAINTIFF**

**VS.**                                        **4:19-CV-29-BRW-BD**

**BOMBGARDENER, et al.**                                                        **DEFENDANTS**

## <u>JUDGMENT</u>

Based on the order entered today, this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 31st day of January, 2019.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE